```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA   ) CRIMINAL NO. 04-10113-DPW
                           )
         v.                ) VIOLATIONS:
                           )
CARLOS BARRIENTOS,         ) 21 U.S.C. § 841(a)(1) --
                           )    Distribution of Cocaine
         Defendant.        )    Base
                           )
                           ) 21 U.S.C. § 860(a) - Playground
                           )    Zone Violation

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) --Playground Zone Violation)

The Grand Jury charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

**CARLOS BARRIENTOS,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) --Playground Zone Violation)

The Grand Jury further charges that:

On or about July 31, 2003, at Boston, in the District of Massachusetts,

**CARLOS BARRIENTOS,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: April 8, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   1:37 pm