# FINANCIAL AFFIDAVIT

SCJA 23
Rev. 5/98

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

_United States_ V.S. _Carlos Barrientos_

| FOR | |
| --- | --- |
| AT | |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

| | |
| --- | --- |
| 1 ☐ Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony   ☐ Misdemeanor

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed

Name and address of employer:

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _N/A_

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
| --- | --- |
| $ _____ | _____ |

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
| --- | --- |
| $ _____ | _____ |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
| --- | --- | --- | --- |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _4-15-04_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _Carlos Barrientos_