AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

*Carlos Barrientos*

v.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: CR04-10113-001 DPW

I, _Carlos Barrientos_, charged in a (complaint) (petition) pending in this District with _distribution of cocaine base; playground zone violation_ in violation of Title _21_, U.S.C., _841(a)(1); 860(a)_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Carlos Barrientos_
Defendant

_[signature]_
Counsel for Defendant

4/20/04
Date

FILED
In Open Court
USDC, Mass
Date _4-20-04_
By _G.B._
Deputy Clerk