LAW OFFICES
## McBRIDE AND NATOLA
A PROFESSIONAL ASSOCIATION
THE WATERFRONT BUILDING
SUITE 2B
240 COMMERCIAL STREET
BOSTON, MASSACHUSETTS 02109

JOHN C. McBRIDE
MICHAEL F. NATOLA
BRIDGETT GARBALLEY

TEL: (617) 367-8844
FAX: (617) 523-5153

April 22, 2004

Mr. Rex Brown
United States District Court

Fax No. (617) 748-4584

Re:    Docket No. 1:04-cr-10113-DPW
       **_United States v. Carlos Barrientos_**

Dear Mr. Brown:

The defendant, Mr. Barrientos, has decided that he would like to exercise his right to a detention hearing pursuant to Title 18 United States Code, §3142(f). On April 20th he stipulated to detention without prejudice.

Kindly schedule a detention hearing and advise AUSA Patrick Hamilton and me of the date and time thereof. I am available the afternoons of April 27, 29, and 30, and May 4, 5, and 6.

Thank you in advance for your time and kind attention to this matter.

Very truly yours,

MICHAEL F. NATOLA

cc:    AUSA P. Hamilton