UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V().  CRIMINAL NO. 04-10113 DPW

CARLOS BARRIENTOS

## NOTICE OF HEARING

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case, pursuant to the request of defense counsel, has been scheduled for a **detention hearing** at **3:15 PM** on **Wednesday, May 5, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

April 30, 2004        /S/ Rex Brown
Date                  Courtroom Clerk
                      (617) 748-9238


Notice to:    Michael F. Natola, Esq.
              *Via electronic filing*
              AUSA Patrick M. Hamilton, Esq.
              *Via electronic filing*