UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10113-DPW |
| v. | ) |
| CARLOS BARRIENTOS, | ) |
| Defendant. | ) |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Counts One and Two of the Indictment.

In particular, the government will rely on the following conviction:

> a November 23, 1993 conviction in Roxbury District Court, Docket Number 9202CR5653A for Manufacturing, Distributing, Dispensing a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32A, for which the defendant was sentenced to incarceration for three (3) months.

Because Counts One and Two each involve less than five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on this count to a maximum sentence of imprisonment for up to thirty (30) years, a fine of up to two million dollars and supervised release for at least six (6) years and for a maximum of life following any period of incarceration,

pursuant to 21 U.S.C. § 841(b)(1)(C).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By: _____
                                      PATRICK M. HAMILTON
                                      Assistant U.S. Attorney
                                      One Courthouse Way
                                      Boston, MA 02210
Date:    April 15, 2004             (617) 748-3251