AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

v.

CARLOS BARRIENTOS

## WARRANT FOR ARREST

04-10113-DPW

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CARLOS BARRIENTOS**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

distribution in a playground zone of cocaine base, a Schedule II controlled substance,

in violation of Title 21 United States Code, Sections 841(a)(1) and 860.

_Sheila_                                              _Operations Supervisor_
Marianne B. Bowler                                    Chief United States Magistrate Judge
Name of Issuing Officer                               Title of Issuing Officer

_(signature)_                                         April 8, 2004 at Boston, Massachusetts
Signature of Issuing Officer                          Date and Location

Bail fixed at $ _____                          BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER / WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/15/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |