UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10113:001 DPW

CARLOS BARRIENTOS
    Defendant

### NOTICE OF HEARING

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a hearing on **detention** at **3:45 p.m.** on **Wednesday, May 13, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

May 12, 2004
Date

/S/ Rex Brown
Courtroom Clerk
(617) 748-9238

Notice to:    Michael Natola, Esq.
    *via electronic notice*
    AUSA David Tobin, Esq.
    *via electronic notice*
    AUSA Patrick Hamilton, Esq.
    *via electronic notice*