UNITED STATES DISTRICT COURT
FOR THE
MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )  CRIMINAL NO. 04-10113 DPW<br>) |
| CARLOS BARRIENTOS | )<br>) |

## MOTION TO RESCHEDULE

The defendant respectfully moves the Court to reschedule the detention hearing and the preliminary status conference in the above-referenced action to May 26, 2004 at 2:30.

In support hereof, the defendant respectfully says that the request for rescheduling is due to the unavailability of counsel, who has been on trial for the past two weeks.

Counsel for the defendant has obtained the assent of A.U.S.A. Patrick Hamilton to the instant motion.

Finally, the defendant agrees that the delay occasioned by the allowance of the instant motion is excludable from the Speedy Trial Act, 18 U.S.C. §3161 et seq.

Carlos Barrientos
By his attorney,

May 24, 2004

MICHAEL F. NATOLA
BBO No. 367580
McBRIDE and NATOLA
240 Commercial Street, Suite 2B
Boston, Massachusetts 02109
Tel. (617) 367-8844
Fax (617) 523-5153
E-mail Lazslo999@aol.com

FILED
In Open Court
USDC, Mass.
Date 5-26-04
By G.G.
Deputy Clerk

1

## CERTIFICATE OF SERVICE

I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing <u>Motion to Reschedule</u> was served the above date upon the following persons by first class mail:

A.U.S.A Patrick
One Courthouse Way, 9th Floor
Boston, MA 02210

_____
MICHAEL F. NATOLA