UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10113 DPW

CARLOS BARRIENTOS
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On May 26, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. Discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided 21 days prior to trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 20, 2004 through May 18, 2004 (28 days) and May 18, 2004, through May 26, 2004 (8 days), for a total of forty-six (46) days as of May 26, 2004. The total amount of time to proceed to trial is seventy (70) days as of May 26, 2004;

6. Trial is anticipated at this time. The estimated duration of a trial is one (1) week;

7. There are no other matters.

    IT IS HEREBY ORDERED THAT

    A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file any dispositive motions on or before July 2, 2004, with the

government's response due on or before July 16, 2004.  A **Final Status Conference** is scheduled at **11:45 a.m.** on **July 14, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

June 2, 2004                    /S/ Rex Brown
Date                            Courtroom Clerk
                                (617) 748-9238