UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -2  A 9: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 04-10113-DPW
)
CARLOS BARRIENTOS )

### JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, and defendant Carlos Barrientos, through his undersigned counsel, respectfully request that the Court enter an Order of Excludable Delay in this case with respect to each of the periods set forth in the proposed Order of Excludable Delay filed herewith, for the reasons set forth in the proposed Order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

/s/ Michael F. Natola
MICHAEL F. NATOLA, Esquire
for defendant CARLOS BARRIENTOS