UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10113-DPW |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| CARLOS BARRIENTOS, | ) 21 U.S.C. § 841(a)(1) -- |
| | )   Distribution of Cocaine |
| Defendant. | )   Base |
| | ) |
| | ) 21 U.S.C. § 860(a) - Playground |
| | )   Zone Violation |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) -- |
| | )   Felon in Possession of |
| | )   a Firearm |

SUPERSEDING INDICTMENT

COUNT ONE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) --Playground Zone Violation)

The Grand Jury charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

CARLOS BARRIENTOS,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:       (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base; 21 U.S.C. § 860(a) --Playground Zone Violation**)

The Grand Jury further charges that:

On or about July 31, 2003, at Boston, in the District of Massachusetts,

**CARLOS BARRIENTOS**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

COUNT THREE:   (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)

The Grand Jury further charges that:

On or about April 15, 2004, at Boston, in the District of Massachusetts,

**CARLOS BARRIENTOS**,

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Colt Python .357 magnum handgun bearing serial number 19260E.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: June 10, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2:10pm