UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -2 P 1: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NUMBER: 04CR10113 - DPW
)
CARLOS BARRIENTOS )
)

## MOTION TO CONTINUE

Now Comes the defendant, in the above captioned matter, and respectfully request this Honorable Court to grant his Motion To Continue from the current scheduled date of Wednesday July 14, 2004 for the following reasons:

1. On the currently scheduled date, Attorney Lawrence P. Novak will be in court, involved in a trial unrelated to this matter.
2. Attorney Lawrence P. Novak has just been retained as the defendant's counsel and requires time to become familiar with the case.

Respectfully Submitted,
Carlos Barrientos
By his attorney,

Lawrence P. Novak
BBO# 548580
235 Candy Lane
Brockton, MA 02301
(508) 587-8400

Date:   June 28, 2004

## CERTIFICATE OF SERVICE

I, Lawrence P. Novak, attorney for Carlos Barrientos, in the within matter, do hereby certify that I have forwarded a true and correct copy of within to all interested parties of record as follows:

Patrick M. Hamilton
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210

Postage prepaid / in hand service, on this 28th day of June, 2004.

Lawrence P. Novak
Attorney at Law
BBO# 548589
235 Candy Lane
Brockton, MA 02301
(508) 587-8400