FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -2 P 1:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.   04-10113-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS BARRIENTOS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Carlos Barrientos, in the above-captioned action.

Respectfully submitted,
Carlos Barrientos
By his attorney,

_/s/ Lawrence P. Novak_
Lawrence P. Novak
BBO# 548589
235 Candy Lane
Brockton, MA 02301
(508) 587-8400

Date: June 28, 2004