UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 04-CR-10113-DPW |
| v. | ) | |
| | ) | |
| CARLOS BARRIENTOS | ) | |
| Defendant. | ) | |

### STATUS MEMORANDUM

The United States of America and the defendant by his undersigned counsel submit this status memorandum in the above-referenced case.

### Discovery/Additional Discovery

The government provided the defendant with automatic discovery on May 14, 2004. The defendant has not filed a discovery letter.

### Defense of Insanity/Public Authority

Defendant Barrientos does not intend to present such defenses.

### Request for Alibi

The government requested notice of alibi on May 14, 2004 from defendant Barrientos. No response has been received.

### Motions

On June 25, 2004, the court ordered that all motions be filed by July 2, 2004. No motions have been filed.

**Further Scheduling**

Defendant Barrientos's attorney, Lawrence P. Novak, informed the government that he intends to ask for an additional status conference in four weeks. Mr. Novak will seek the permission of the court to file a motion after the July 2, 2004 motion filing deadline. The government does not object to an additional status conference in approximately four weeks.

**Resolution of the Case**

The government anticipates a trial in this case.

**Excludable Delay**

The parties request that the period of time from August 19, 2004 until the date of and including the final status conference be excluded from the provisions of the Speedy Trial Act.

**Length of Trial**

The government anticipates approximately 5 days for its case-in-chief.

For Defendant Barrientos

_____
LAWRENCE P. NOVAK, Esq.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney