UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10113 DPW

CARLOS BARRIENTOS
    Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On August 19, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include: April 20, 2004 through May 18, 2004 (28 days); May 18, 2004, through May 26, 2004 (8 days); May 26, 2004, through July 14, 2004 (49 days), for a total of ninety-five (95) days as of July 14, 2004. The total amount of time to proceed to trial is twenty-eight (28) days as of July 14, 2004. The period of time from July 14, 2004, through July 20, 2004 (6 days) and July 14, 2004, through August 19, 2004 (36 days) has not been excluded. The government will file a joint motion for excludable delay for the applicable periods of time. There are anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has requested notice of alibi and the defendant has not timely

responded;

7. There are anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial;

8. Dispositive motions shall be filed on or before September 14, 2004, and the government will respond on or before September 28, 2004;

9. Early resolution of the case without trial is not likely;

10. Trial is necessary. The estimated duration of the trial is five (5) days;

11. The parties moved (orally) for a further final status conference in that new counsel, Lawrence P. Novak, was recently retained by the defendant. The Court ALLOWED the motion.

    IT IS HEREBY ORDERED THAT

    A Further Final Status Conference is scheduled for **September 14, 2004,** at **2:30 PM** in Courtroom 24, 7th floor.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Rex Brown
    Courtroom Clerk

August 24, 2004
Date