```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )    Criminal No.
                               )    04-CR-10113-DPW
     v.                        )
                               )
CARLOS BARRIENTOS              )
     Defendant.                )
```

**STATUS MEMORANDUM**

The United States of America and the defendant by his undersigned counsel submit this status memorandum in the above-referenced case.

**Discovery/Additional Discovery**

The government provided the defendant with automatic discovery on May 14, 2004.  The defendant has not filed a discovery letter.

**Defense of Insanity/Public Authority**

Defendant Barrientos does not intend to present such defenses.

**Request for Alibi**

The government requested notice of alibi on May 14, 2004 from defendant Barrientos.  No response has been received.

**Motions**

On August 24, 2004, the Court ordered that all defense motions be filed by September 14, 2004.  No motions have been filed.

**Further Scheduling**

The government will not object if the defense requests a further status conference date.

**Resolution of the Case**

The government anticipates a trial in this case.

**Length of Trial**

The government anticipates approximately 5 days for its case-in-chief.


For Defendant Barrientos          MICHAEL J. SULLIVAN
                                  United States Attorney


_____   By:  /S/ David G. Tobin
LAWRENCE P. NOVAK, Esq.            DAVID G. TOBIN
                                   Assistant U.S. Attorney