UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No.   04-CR-10113-DPW |
| **CARLOS BARRIENTOS** | ) ) ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

By:  */s/ David G. Tobin*
       DAVID G.  TOBIN
       Assistant U.S. Attorney
       (617) 748-3392

Date:  September 20, 2004