UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                    CRIMINAL CASE
V.                                         NO. 04-10113 DPW

CARLOS BARRIENTOS
    Defendant

REPORT & ORDER ON
FURTHER FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

                              HONORABLE JOYCE LONDON ALEXANDER
                              UNITED STATES MAGISTRATE JUDGE
                              By the Court:

                              /S/ Rex Brown
                              Rex Brown
                              Courtroom Clerk

<u>September 24, 2004</u>
Date