```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      ) CRIMINAL NO. 04-10113-DPW
                              )
          v.                  ) VIOLATIONS:
                              )
CARLOS BARRIENTOS,            ) 21 U.S.C. § 841(a)(1) --
                              )   Distribution of Cocaine
          Defendant.          )   Base
                              )
                              ) 21 U.S.C. § 860(a) - Playground
                              )   Zone Violation
                              )
                              ) 18 U.S.C. § 922(g)(1) --
                              )   Felon in Possession of
                              )   a Firearm
```

## SUPERSEDING INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) --Playground Zone Violation)

The Grand Jury charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

**CARLOS BARRIENTOS,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) --Playground Zone Violation)

The Grand Jury further charges that:

On or about July 31, 2003, at Boston, in the District of Massachusetts,

**CARLOS BARRIENTOS,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

**COUNT THREE:**     (18 U.S.C. § 922(g)(1) -- **Felon in Possession of a Firearm**)

The Grand Jury further charges that:

On or about April 15, 2004, at Boston, in the District of Massachusetts,

**CARLOS BARRIENTOS,**

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Colt Python .357 magnum handgun bearing serial number 19260E.

In violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

(1) In connection with Counts 1, 2, and 3, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant CARLOS BARRIENTOS is responsible for at least 1 gram but less than 2 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(11) is applicable to the defendant.

(2) At the time Defendant CARLOS BARRIENTOS committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| CARLOS BARRIENTOS, | ) 21 U.S.C. § 841(a)(1) -- |
| | )    Distribution of Cocaine |
| Defendant. | )    Base |
| | ) |
| | ) 21 U.S.C. § 860(a) - Playground |
| | )    Zone Violation |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) -- |
| | )    Felon in Possession of |
| | )    a Firearm |

## SUPERSEDING INDICTMENT

I, the undersigned, foreman of the grand jury of this court, at the term begun and held at Boston on the 28th day of October 28 A.D. 2004, in pursuance of Rule 6(c) of the Federal Rules of Criminal Procedure, do herewith file with the Clerk of the Court a record of the above case, this record not to be made public except on order of the court, to wit:

_____20_____ grand jurors concurring in the Indictment.

_____William S. Kelly_____
FOREPERSON

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     Category No. __II__     Investigating Agency __DEA__

City __Boston__     **Related Case Information:**

County __Suffolk__     Superseding Ind./ Inf. __X__     Case No. __04-10113-DPW__
Same Defendant __X__     New _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Carlos Barrientos__     Juvenile: ☐ Yes ■ No

Alias Name _____

Address __18 Circuit Street, Roxbury, MA__

Birthdate: __1977__    SS # __-9714__    Sex: __Male__    Race: __African-American__    Nationality __US__

**Defense Counsel if known:**     Michael Natola     Address __240 Commercial Avenue__

Bar Number _____     __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __David G. Tobin__     Bar Number if applicable _____

Interpreter:    Yes    X No     List language and/or dialect: _____

**Matter to be SEALED:**    Yes    X No

    Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date     __4/15/04__

X Already in Federal Custody as of    __April 15, 2004__    in    __U.S. Marshal Service__
☐ Already in State Custody     Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: October 25, 2004     Signature of AUSA: _/s/ David G. Tobin_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Carlos Barrientos _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 1 and 2 |
| Set 2 | 18 U.S.C. §922(g)(1) | Felon in possession of a firearm | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45.rworrell.wpd