UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS BARRIENTOS )<br>) | CRIMINAL NUMBER: 04-10113-DPW |

### MOTION TO CONTINUE AND EXCLUDE

NOW COMES the defendant, in the above captioned matter, and respectfully request this Honorable Court to grant his **Motion To Continue** from the current scheduled date of Monday January 10, 2005 to February 7, 2005, for the following reason:

1. On the currently scheduled date, Attorney Lawrence P. Novak is unable to appear on this date due to the fact that he is recovering from gum surgery.

Expressed dates to be excludable are: October 29, 2004 through January 10, 2005 and January 10, 2005 through February 7, 2005.

Respectfully Submitted,
Carlos Barrientos
By his attorney,

Lawrence P. Novak
BBO# 548580
235 Candy Lane
Brockton, MA 02301
(508) 587-8400

Date: January 7, 2005

## LAWRENCE P. NOVAK
### ATTORNEY AND COUNSELOR AT LAW
### 13 LINNEA AVENUE
### BROCKTON, MASSACHUSETTS 02401

(508) 588-1828
(508) 588-6484
FAX (508) 588-8042

REF FAX #: _____

DATE: 1-7-05

TO: Rex

FROM: LARRY NOVAK

SUBJECT: BARRIENTOS

NUMBER OF PAGES TO FOLLOW: 1

IF YOU HAVE ANY QUESTIONS ABOUT THE FOLLOWING MATERIALS, PLEASE CALL:    (508) 588-1828

OUR FAX NUMBER IS:     (508) 588-8042

This facsimile transmission is directed to the addressee only and is the property of LAWRENCE P. NOVAK, ATTORNEY AND COUNSELOR AT LAW. Should this facsimile be received by someone other than the intended addressee, be advised that this facsimile may contain confidential, proprietary and/or privileged information and is not to be copied, made public or further disseminated in any manner. In the event that you have received this facsimile in error, please notify the sender at the above address immediately.