UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10113-DPW |
| CARLOS BARRIENTOS | ) ) ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 14, 2004 to and including January 10, 2005 (the date of the arraignment on the Superseding Indictment) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this motion on January 10, 2005 in open Court during the arraignment of the defendant on the Superseding Indictment. The causes of the delay include, but are not limited to, appointment of new counsel, discovery review, and medical treatment of the defendant's counsel.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                  By: */s/ David G. Tobin*
                                        DAVID G. TOBIN
                                        Assistant U.S. Attorney

Dated:  January 11, 2005

Dated:  January 11, 2005