UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>CARLOS BARRIENTOS    )<br>) | CRIMINAL NUMBER: 04-10113-DPW |

MOTION TO CONTINUE

**NOW COMES** the defendant, in the above captioned matter, and respectfully request this Honorable Court to grant his **Motion To Continue** from the current scheduled date of Tuesday February 1, 2005 for the following reason:

1. On January 31st, 2005 the attorney fell on ice and fractured his shoulder/arm in three places. He is in a great deal of pain and also due to the fact that he is on medication for the pain.

Respectfully Submitted,
Carlos Barrientos
By his attorney,

Lawrence P. Novak
BBO# 548580
235 Candy Lane
Brockton, MA 02301
(508) 587-8400

Date:   February 1, 2005

## CERTIFICATE OF SERVICE

I, Lawrence P. Novak, attorney for Carlos Barrientos, in the within matter, do hereby certify that I have forwarded a true and correct copy of within to all interested parties of record as follows:

David G. Tobin
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210

Facsimile, on this 1st day of February , 2005.

Lawrence P. Novak
Attorney at Law
BBO# 548589
235 Candy Lane
Brockton, MA 02301
(508) 587-8400