UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NUMBER: 04-10113-DPW
)
CARLOS BARRIENTOS )

## MOTION TO CONTINUE

NOW COMES the defendant, in the above captioned matter, and respectfully request this Honorable Court to grant his **Motion To Continue** from the current scheduled date of Tuesday February 1, 2005 for the following reason:

1. On January 31st, 2005 the attorney fell on ice and fractured his shoulder/arm in three places. He is in a great deal of pain and also due to the fact that he is on medication for the pain. Please place on the calendar for a hearing on March 22, 2005.

Respectfully Submitted,
Carlos Barrientos
By his attorney,

Lawrence P. Novak
BBO# 548580
235 Candy Lane
Brockton, MA 02301
(508) 587-8400

Date: February 4, 2005