Clerk's Office
USDC, Mass.
Date 3/25/05
By mr
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 04-10113-DPW |
| CARLOS BARRIENTOS | ) |

## STATUS MEMORANDUM

The United States of America and the defendant by his undersigned counsel submit this status memorandum in the above-referenced case.

### Discovery/Additional Discovery

The government provided the defendant with automatic discovery on May 14, 2004 and subsequently made all relevant audio and video tapes available to the defense.

### Defense of Insanity/Public Authority

Defendant Barrientos does not intend to present such defenses.

### Request for Alibi

Defendant Barrientos does not intend to present an alibi defense.

### Motions

No substantiative motions have been filed.

### Further Scheduling

The government believes all pretrial discovery has been completed and is ready for trial.

**Resolution of the Case**

The government anticipates a trial in this case.

**Excludable Delay**

The parties agree that all of the time since the defendant's initial status conference before the magistrate judge is excluded from the provisions of the Speedy Trial Act.

**Length of Trial**

The government anticipates its case-in-chief will take approximately 4 days.

For Defendant Barrientos

/s/ Lawrence Novak
Lawrence Novak, Esq.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN,
Assistant U.S. Attorney