UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10113-DPW |
| ) | |
| **CARLOS BARRIENTOS** ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE TRIAL**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to continue the trial in the above-captioned case for sixty days.  The Court set a tentative trial date of May 31, 2005.  On May 3, 2005, counsel for the defendant notified the undersigned Assistant United States Attorney that the defense needed an additional sixty days to work on a matter that could effect the pending trial, and asked the undersigned Assistant United States Attorney to file a motion to continue the trial date for sixty days.  If the Court agrees to delay the trial, the parties agree that the period of time until the new trial date is excluded from the provisions of the Speedy Trial Act (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this motion on May 3, 2005 during a telephone call

```
with the undersigned Assistant United States Attorney.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ David G. Tobin
                              DAVID G. TOBIN
                              Assistant U.S. Attorney

Dated:  May 4, 2005
```