UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 04-10113-DPW |
| ) | |
| CARLOS BARRIENTOS, ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ Lisa M. Asiaf*
LISA M. ASIAF
May 24, 2005        Assistant U.S. Attorney
Tel: (617) 748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served, by first class mail, a copy of the foregoing document on all counsel of record who were not served via the ECF system of the United States District Court for the District of Massachusetts.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney