UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　)<br>　　　vs　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>Carlos Barrientos　　　　　　　)  | CRIMINAL NO. 04-101113-DPW |

MOTION TO FILE ANSWER TO PRESENTENCE REPORT LATE

NOW COMES the defendant, in the above captioned matter, and respectfully requests that this Honorable Court to grant his Motion To File Answer To Presentence Report Late.  In support of this Motion, the Defendant states:

1. The Presentence Report was dated August 4, 2005, but was not received in my Attorney's Office until August 11, 2005.  Attorney Novak has been on vacation and on trial during that period and was not able to meet the deadline of August 18, 2005.

THEREFORE, the Defendant requests that this Honorable Court grant the extension to File his Answer to Presence Report up to and including August 25, 2005.

                                        Respectfully submitted
                                        Carlos Barrientos
                                        By his Attorney,
                                        /s/Lawrence P. Novak
                                        Lawrence P. Novak, Esquire
                                        235 Candy Lane
                                        Brockton, MA 02301
                                        508-587-8400
                                        BBO# 548580

Date: August 18, 2005