UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                        DOCKET NO. 04-10113

Carlos Barrientos

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

**NOW COMES**, the defendant in the above-entitled matter and requests this honorable court grant a Continuance of the Sentencing Hearing scheduled for September 26, 2005.

As grounds therefore, the Defendant states that he has filed Motions to Vacate Prior Convictions in the Superior Court which have not yet been decided on.   The Defendant feels that the decision regarding this Motion may have a impact on his sentencing.

WHEREFORE, the defendant requests that his sentencing hearing be continued until the Superior Court has ruled on his motions.

                                        Respectfully submitted by,
                                        Carlos Barrientos
                                        By his Attorney,


                                        /s/Lawrence P. Novak
                                        Lawrence P. Novak
                                        BBO#548589
                                        235 Candy Lane
                                        Brockton, MA 02301
                                        508-581-8400

Date:

2

CERTIFICATE OF SERVICE

I, Attorney Lawrence P. Novak, certify that I served a copy of the aforementioned document, via U.S. Mail postage pre-paid to:

David G. Tobin
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Patrick M. Hamilton
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210