ATTORNEY ASSIGNMENT REQUEST

Defendant:__CARLOS BARRIENTOS_____   Case & Defendant Number___04-10113-DPW_____

Date of Appointment:_____   Appointed by:_____

Attorney Withdrawn_____   Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts____3 COUNTS ON SECOND SUPERSEDING INDICTMENT_

Charge(s) and Cite(s)__Counts 1ss and 2ss: 21:841(a)(1) Distribution of Cocaine Base, Playground Zone Violation; Count 3ss: Felon in possession of a firearm

Indictment__X_____   Information_____   Probation Revocation_____

Number of Defendants_____1_____

Judge Code_____0124_____

Special Instructions:_ Referred to Magistrate Judge Alexander for Appointment of Counsel for Sentencing

_/s/ Michelle Rynne_____
Deputy Clerk

Dated___9/23/05_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

[attyreq.;kattyreq.]