UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10257-DPW |
| | ) | |
| AARON BAILEY | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Kindly enter the appearance of Francisco Fernandez for the Defendant, Carlos Barrientos, in the above-captioned action.

Dated:  October 1, 2005

Respectfully Requested,

/S/ *Frank Fernandez*
Frank Fernandez Esq.
Denner O'Malley LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800

**CERTIFICATE OF SERVICE**

I, Frank Fernandez, attorney for the Defendant in the above-captioned action, do hereby certify that on this 1st day of October, 2005, a true and exact copy of the foregoing Notice was delivered by Mail to AUSA Lisa Asiaf.

/S/ *Frank Fernandez*
Frank Fernandez