FILED
Clerk's Office
USDC Mass
Date 9/26/0:
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

**UNITED STATES OF AMERICA**

v.                                           **CRIMINAL NUMBER: 04-10113**

**CARLOS BARRIENTOS**

---

## MOTION OF WITHDRAWAL

**NOW COMES** the defendant in the above entitled matter requesting to retain another attorney. Attorney Lawrence Novak is withdrawing from my case.

                                        Respectfully Submitted,
                                        Carlos Barrientos
                                        By his attorney,

                                        Lawrence P. Novak
                                        BBO# 548580
                                        235 Candy Lane
                                        Brockton, MA 02301
                                        (508) 587-8400

Dated September 26, 2005