UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 04-10113-DPW |
| CARLOS BARRIENTOS | ) | |

### MOTION TO CONTINUE SENTENCING

Sentencing is currently scheduled for November 29, 2005. This request to continue sentencing is being made for the following reasons:

1. Present defense counsel entered the case on October 1, 2005, after the defendant's admission of guilt with prior counsel. Defense counsel would like a 45 day continuance to further investigate a potential motion requesting the Court allow the defendant to withdraw his plea. The time would allow defense counsel to further discuss with the defendant and investigate whether the defendant's communication with former counsel and subsequent admission to the Court should be challenged prior to his sentencing.

Dated: November 17, 2005

Respectfully Requested,

/S/ Frank Fernandez
Frank J. Fernandez, BBO #653771
Denner Associates P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel. (617) 227-2800

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing document was served this 17th day of November, 2005, via electronic delivery to AUSA David Tobin at the U.S. Attorney's Office and U.S.P.O. Michelle Roberts.

                                            /S/ *Frank Fernandez*
                                            Frank Fernandez