UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,

      v.                                                                                   Cr.No.04-10113-DPW

CARLOS BARRIENTOS,

      Defendant.
_____

**SUPPLEMENTAL SENTENCING MEMORANDUM**

      Undersigned Counsel wishes to share a letter from the defendant, attached hereto as exhibit 1. Letters of support and appreciation from those who came to know the defendant while at the Miller Halfway House, where the defendant was living and receiving drug counseling for 8 months prior to his plea, are attached hereto as exhibit 2. Exhibit 3 consists of letters from Plymouth South and Falmouth High School students who Carlos addressed regarding his drug addiction and the importance of education. As evidenced by these letters Carlos was making great strides in his counseling. His honesty and sincere desire to face his drug addiction and childhood abuse endeared him to all who made contact with him. Carlos met George Spivey, an equity/affirmative action officer at Falmouth Public Schools, by chance at a local service station. In speaking with Carlos, Mr. Spivey was so impressed with his desire to face his issues that he arranged for Carlos

to speak to kids at Falmouth High School about his battle with addiction and the effect it had on his life.  The sincerity with which he addressed the kids was powerful, so much so that Mr. Spivey arranged for him to address the students at South Plymouth High School as well.  Letters from these students reflect a sincere thanks and show that he reached these students with his honesty.(Please see exhibit 3)  Carlos freely volunteered his time with odd projects in between his regular work and counseling at the Miller House.  This incredible effort at rehabilitation, to face his demons in the manner in which he did so, has led to an unbelievable outpouring of support by directors, counselors, peers, students and complete strangers who have encountered him along the way. (Please see exhibits 1, 2, and 3).  His outstanding effort and recovery are all relevant factors in reaching a sentence that is "sufficient *but not greater than necessary*". 18 U.S.C.3553 (a) (emphasis added).  It is Carlos' hope to one day be able to return to society and help in supporting his twin 4 year old children, Carlos and Carlita.

## LEGAL ARGUMENTS , OBJECTIONS AND REQUESTED FINDINGS

1.	Defendant objects to the application of the Armed Career Criminal Act (ACCA) 18 U.S.C. §924(e).  The defendant argues that any fact, including prior convictions, which increases the sentencing range, must be either admitted or proven to the jury beyond a reasonable doubt. See  Apprendi v New Jersey, 530 U.S. 466 (2000) at 499-523 (Thomas, J., concurring)

2.	In his original "memorandum request for a downward departure", filed by prior counsel, the defendant wishes to strike any mention in the last paragraph of his

"substantial assistance".  This must have been a typographical error in that the defendant has never proffered himself nor sought substantial assistance.

  3. The defendant respectfully requests the Court recommend he enter the 500 hour drug program while serving his sentence if determined to be eligible.

  4. The defendant respectfully requests the Court waive any fine in relation to his sentence due to his inability to pay now and in the apparent future.

Dated: November 29, 2005    Respectfully submitted,
             Carlos Barrientos,
             By his attorney,

             /S/ Frank Fernandez
             Francisco Fernandez
             Denner O'Malley LLP
             4 Longfellow Place, 35th Floor
             Boston, MA  02114
             617-227-2800

Certificate of Service

  I certify that a copy of this Memorandum has this day been forwarded to each party by forwarding via e- mail, as follows: Michelle Roberts, United States Probation, David Tobin, Assistant United States Attorney.

Dated: November 29, 2005    /S/ Frank Fernandez
             Frank Fernandez