




TOWN OF FALMOUTH

**School Administration Building**
340 Teaticket Highway
East Falmouth, MA 02536
Tel. 508-548-0151 x174
Fax 508-457-1109

**George R. Spivey**
Equity/Affirmative Action Officer
gspivey@falmouth.k12.ma.us

**Town Hall**
59 Town Hall Square
Falmouth, MA 02540
Tel. 508-548-7611

November 16, 2005

The Honorable Judge Douglas Woodlock
Federal Court
One Court Way
Boston. MA 02010

Re: Carlos Berrientos

Dear Judge Woodlock:

If change were not a constant, then I would want each day to be autumn cool and colors bright. But change is natural in nature and in the human spirit. When that spirit abandons the human form, what remains is an inanimate, uninspired, disillusioned, and defeated person, who, not tool long ago, sought and reclaimed the dignity and honesty that he, Carlos Berrientos, had abandoned as a youth, in his teens.

Now, in his early thirties, Mr. Berrientos, wiser and fully cognizant of his past criminal activities (of which I know no details by I do know they are serious) expressed gratitude for being given the opportunity, by the court, to change his life by participating in the Steven Miller House program in Woods Hole. Only a select few, based on their actions and attitudes, are chosen, because of the likelihood of their becoming conscientious, contributing, and respectful citizens, wherever they choose to reside.

I met Mr. Berrientos at a service station. We were both waiting, while his car was being inspected and mine repaired. An open and revealing conversation ensued. I helped adults and students as the Equity/Affirmative Action Officer in Falmouth, and he was helping himself get his life together at the Steven Miller House. We talked about jobs and students. I committed to assisting him in finding a job; he offered to speak to students during a "power lunch" at the high school. A friendship developed, and we met at least twice a week to "see how things were going."

On his initiative, Mr. Berrientos found and worked two jobs. On one job he told me the workers were smoking marijuana, so he left. "I can't be hanging around that (environment)." This decision was a prudent one, for he knew the unmistakable consequences of his being involved with such an activity. Mr. Berrientos was trying to "do the right thing," as prescribed by the court and his adult sense of responsibility. Mr. Berrientos also realized he had made a commitment to becoming a devoted father to his four-year old twins, the pictures of whom he proudly shared with me. As a father and educator, I understood the attachment to and the importance of having a positive, **male** role model for his children.

Mr. Berrientos followed through on his offer to speak to the high school students, most of color, who were actually spellbound by his sincerity and insistence that they not follow the path that he had led in his youth. Just recently, Eladio Gore, Falmouth's Building Commissioner, a person of color, who had heard Mr. Berrientos speak, asked how he was doing. Unfortunately, I had to tell him Mr. Berrrientos had been incarcerated. Mr. Gore, who is well spoken, often mistaken for an attorney, and who is well respected throughout the community, had shared with Mr. Berrientos and students his youthful, negative experiences with the police and courts in Boston, his being a father at nineteen, and his determination to change his life. Mr. Gore succeeded, and I think Mr. Berrientos can, too, if given a real opportunity **again** to prove his worth.

Mr. Berrientos has had faith in but has been wrongly served by two attorneys, Novak,* who recently appeared in the Boston Globe, and Fernandez,** who expended little time researching and following through on Mr. Berrientos's behalf. Neither attorney took a professional or personal interest in Mr. Berrientos, unlike those in Falmouth, who have watched him follow "the letter of the law," as instructed by the court, which through its own assessment recognized Mr. Berrientos as one who could "turn things around." As the court had hoped, Mr. Berrientos turned things around. Where did Mr. Berrientos go wrong?

The court determines justice, balances the benefits and burdens to society, based on creditable information. I hope Mr. Berrientos will be able to return to Falmouth, where he would have ongoing support in the areas of employment, housing, and education. I currently recruit **conscientious** workers for the Town and the schools, both of which consider the past performance of applicants, criminal and otherwise, and make informed decisions on hiring. In addition to Mr. Gore, I work closely with the Director of the Falmouth Housing Authority to identify worthy applicants for rentals. I have been a high school teacher, department head, and elementary principal, and I can offer guidance and support to Mr. Berrientos and his family to ensure ongoing educational, social, and cultural progress for his twins. In short, I am asking the court to balance the good Mr. Berrientos has done and can do versus continued incarceration, which represents an unequivocal burden to Mr. Berrientos, his twins, his family, and the community, socially and financially.

Thank you for considering the information I have offered in determining the future of Mr. Berrientos…for the next ten to fifteen years and beyond….

Respectfully,

George R. Spivey

George R. Spivey
Equity/Affirmative Action Officer

*$42,000

** until the last three weeks