UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10113-DPW |
| ) | |
| CARLOS BARRIENTOS ) | |
| ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO VACATE PLEA TO COUNT III OF INDICTMENT

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby gives this Honorable Court notice that the government assents to the defendant's motion to vacate his plea of guilty to Count III of the indictment. The government further moves this Honorable Court to sentence the defendant on the other counts to which he has pled guilty on December 20, 2005. The government intends to file a sentencing memorandum prior to December 20, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ : *David G. Tobin*
　　DAVID G. TOBIN
　　Assistant U.S. Attorney