DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | CRIMINAL NO. 04-10113-DPW |
| ) | |
| CARLOS BARRIENTOS        ) | |

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO SUPPRESS**

I, Carlos Barrientos, ("Barrientos"), depose and state the following:

1. I am the Defendant in the above-captioned matter.

2. On April 15, 2005, I was arrested in the early morning at 77 Ellington Street, Dorchester, MA. I was living at this location with my girlfriend and our 3 year old twins.

3. At the time of my arrest I was in bed. Tina was outside of the bedroom and my twins were sleeping in a separate room.

4. The police knocked on the door which was answered by Tina Blount. I was sitting up in bed when two police officers entered the bedroom, one pointing a gun at me. I was ordered to stand up with my hands behind my head. I was ordered to turn around. I did as I was asked. I was directly in front of the two officers and within one to two feet of them. The officer not pointing the gun then placed a strap, like handcuffs, around my

wrists behind my back. I was immediately led into the front room with my hands strapped together behind my back. This all took place within one or two minutes.

    5.   I owned a firearm and ammunition which was in a closed bag located inside a drawer at the foot of my bed. This drawer is on the opposite side of where I stood up when ordered to do so.

    6.   I never gave the officers consent to search the residence.

    SIGNED UNDER THE PENALTIES OF PERJURY THIS 29th DAY OF December, 2005.

                                  /S/ Carlos Barrientos *
                                  Carlos Barrientos
                                  * original signed copy to be filed shortly