

**Boston Police** DEPARTMENT

Page 1 of 2
Date 07/12/04
CC #

**DISTRICT/UNIT** Y.V.S.F

**To:** Sergeant Detective Eric Bulman, Detective Supervisor, Special Investigations Unit

**From:** Police Officer Joshua Cummings, I.D.#11403, Youth Violence Strike Force

**Subject:** Arrrest of Carlos Barientos at 77 Ellington St. Dorchester

Sir:

    I respectfully report that on 4/15/04 5:45AM I responded to the Victory Rd. Armory in Dorchester. I was assigned to a unit that was led by Sgt. John Davin. Sgt. Davin split the unit into two teams, he would lead one team in the execution of an arrest warrant at one location, I along with my partner Police Officer Christopher Bailey, would lead the other team at a secondary location. My team consisted of myself, Officer Bailey, Deputy Sheriff Stan Wotjonski of the Suffolk County Sheriff's Dept., US Marshall's Saccardo and Neal, and three MBTA officers.

    We proceed to the area of the target address of 77 Ellington St., which was a three family style home. We parked several houses away from this address and proceeded on foot. Officer Bailey, Deputy Wotjonski, two US Marshals and I positioned ourselves p at the front of the building in preparation for the entry. I sent the three MBTA officers to the rear of the building to cover the back. We waited for the signal that the operation was to commence before proceeding so all of the target apartments could be hit simultaneously.

    At approximately 6:00 AM, after receiving permission to commence the operation, we rang the bell for the first floor apartment and gained access to the building. Officer Bailey walked through the first floor apartment and positioned himself in the rear stairwell outside of the target apartment's rear door. I walked up the stairs to the target apartment and knocked on the door. A female voice asked, "Who is it?" I stated that it was the Boston Police and asked if I could speak with her. She then opened the door. She identified herself as Tina Blount. I spoke with Ms. Blount who informed me that it was her apartment. I asked her if Carlos Barrientos was present. She asked why and I told her we had a warrant for his arrest. She hesitated momentarily, and then nodded her head. I asked her where he was and she said he was in the last bedroom on the right.

BPD Form 26

Rev 8-74 (rev. A)

**Boston Police** DEPARTMENT

Page **2 of 2**
Date **07/12/04**
CC #

DISTRICT/UNIT **Y.V.S.F**

Deputy Sheriff Wotjonski, U.S. Marshal's Neal and Saccardo proceeded down the hall with me. I announced Boston Police in a loud clear voice and our intention to the suspect. We observed the suspect, who I immediately recognized as Carlos Barrientos, fully dressed and seated on a bed next to a balled up comforter. For our safety, I ordered him to show his hands and stand up. While this was taking place, Marshal Saccardo went to the apartment's rear door and let Officer Bailey into the apartment. I ordered the suspect off the bed to which he complied. As we were about to secure him, I was called into the next room by Marshal Saccardo. I then asked Deputy Wotjonski and Marshal Neal if they could secure the suspect. While they were preparing to secure the suspect, I walked into the bathroom where Marshal Saccardo had discovered a small amount of marijuana on the bathroom sink. I asked the Marshal to leave it as it was. At this time, I was called back into the bedroom by Deputy Wotjonski who informed me that he had found a firearm.

Deputy Wotjonski told me that while he and Marshal Neal began taking the suspect into custody, Deputy Wotjonski moved the comforter away from the suspect as Marshall Neal was placing him in handcuffs. Deputy Wotjonski noticed that the comforter was unusually heavy and he then observed a moss green small nylon bag tumble out of the comforter onto the bed. The small bag had protrusions that Deputy Wotjonski believed were consistent with that of a firearm. Investigator Wotjonski unzipped the bag approximately two inches and observed the black revolver with a wooden handle. He then immediately notified me of this firearm. After being briefed by Deputy Wotjonski, I "froze" the apartment and I notified the Operation Command Center that our target was in custody and that we needed Sergeant Detective Bulman and the ATF Agents to respond. I had the Marshal's move the suspect, who was now handcuffed, into the front living room. The children and their mother were placed into one of the children's bedrooms and Deputy Wotjonski and Officer Bailey were positioned in the bedroom and bathroom doors respectively. The scene was then turned over to Sergeant Detective Bulman and Special Agent's from ATF upon their arrival to this address.

Respectfully submitted,

*[signature]*

Police Officer Joshua Cummings
I.D.# 111403

BPD Form 26

Rev 8-74 (rev. A)

TOTAL P.03