# EXHIBIT A



Page 1 of 2
Date 07/12/04
CC #

DISTRICT/UNIT __Y.V.S.F__

To: Sergeant Detective Eric Bulman, Detective Supervisor, Special Investigations Unit

From: Police Officer Joshua Cummings, I.D.#11403, Youth Violence Strike Force

Subject: Arrest of Carlos Barientos at 77 Ellington St. Dorchester

Sir:

    I respectfully report that on 4/15/04 5:45AM I responded to the Victory Rd. Armory in Dorchester. I was assigned to a unit that was led by Sgt. John Davin. Sgt. Davin split the unit into two teams, he would lead one team in the execution of an arrest warrant at one location, I along with my partner Police Officer Christopher Bailey, would lead the other team at a secondary location. My team consisted of myself, Officer Bailey, Deputy Sheriff Stan Wotjonski of the Suffolk County Sheriff's Dept., US Marshall's Saccardo and Neal, and three MBTA officers.

    We proceed to the area of the target address of 77 Ellington St., which was a three family style home. We parked several houses away from this address and proceeded on foot. Officer Bailey, Deputy Wotjonski, two US Marshals and I positioned ourselves p at the front of the building in preparation for the entry. I sent the three MBTA officers to the rear of the building to cover the back. We waited for the signal that the operation was to commence before proceeding so all of the target apartments could be hit simultaneously.

    At approximately 6:00 AM, after receiving permission to commence the operation, we rang the bell for the first floor apartment and gained access to the building. Officer Bailey walked through the first floor apartment and positioned himself in the rear stairwell outside of the target apartment's rear door. I walked up the stairs to the target apartment and knocked on the door. A female voice asked, "Who is it?" I stated that it was the Boston Police and asked if I could speak with her. She then opened the door. She identified herself as Tina Blount. I spoke with Ms. Blount who informed me that it was her apartment. I asked her if Carlos Barrientos was present. She asked why and I told her we had a warrant for his arrest. She hesitated momentarily, and then nodded her head. I asked her where he was and she said he was in the last bedroom on the right.

BPD Form 26                                                                                                                          Rev 8-74 (rev. A)

# BostonPolice
DEPARTMENT

Page 2 of 2
Date 07/12/04
CC #

**DISTRICT/UNIT** ___Y.V.S.F___

Deputy Sheriff Wotjonski, U.S. Marshal's Neal and Saccardo proceeded down the hall with me. I announced Boston Police in a loud clear voice and our intention to the suspect. We observed the suspect, who I immediately recognized as Carlos Barrientos, fully dressed and seated on a bed next to a balled up comforter. For our safety, I ordered him to show his hands and stand up. While this was taking place, Marshal Saccardo went to the apartment's rear door and let Officer Bailey into the apartment. I ordered the suspect off the bed to which he complied. As we were about to secure him, I was called into the next room by Marshal Saccardo. I then asked Deputy Wotjonski and Marshal Neal if they could secure the suspect. While they were preparing to secure the suspect, I walked into the bathroom where Marshal Saccardo had discovered a small amount of marijuana on the bathroom sink. I asked the Marshal to leave it as it was. At this time, I was called back into the bedroom by Deputy Wotjonski who informed me that he had found a firearm.

Deputy Wotjonski told me that while he and Marshal Neal began taking the suspect into custody, Deputy Wotjonski moved the comforter away from the suspect as Marshall Neal was placing him in handcuffs. Deputy Wotjonski noticed that the comforter was unusually heavy and he then observed a moss green small nylon bag tumble out of the comforter onto the bed. The small bag had protrusions that Deputy Wotjonski believed were consistent with that of a firearm. Investigator Wotjonski unzipped the bag approximately two inches and observed the black revolver with a wooden handle. He then immediately notified me of this firearm. After being briefed by Deputy Wotjonski, I "froze" the apartment and I notified the Operation Command Center that our target was in custody and that we needed Sergeant Detective Bulman and the ATF Agents to respond. I had the Marshal's move the suspect, who was now handcuffed, into the front living room. The children and their mother were placed into one of the children's bedrooms and Deputy Wotjonski and Officer Bailey were positioned in the bedroom and bathroom doors respectively. The scene was then turned over to Sergeant Detective Bulman and Special Agent's from ATF upon their arrival to this address.

Respectfully submitted,

_[signature]_
Police Officer Joshua Cummings
I.D.# 111403

BPD Form 26                                                                Rev 8-74 (rev. A)

TOTAL P.03

**EXHIBIT B**

nent  Report Date: 03/29/2004 15:13
Booking Status: Verified
Printed By: Ridge, Stephen I

Carlos
Carlos
ston Ma
s of a Dangerous Weapon (265-15B)

ale
/02/1974
)3
0   **lbs**
)wn
ack
ack Non-Hispanic
01069-11
29/2000 20:06
)515335
4708-93

2101VA1



ATF Contact:
Tom Crowley ~~[redacted]~~

| USMS Boston | | NEW ARESTS | DATE: 04/15/04 - Thursday |
|---|---|---|---|
| NAME | AGENCY | TIME | JUDGE |
| Jermaine Anderson (10/11/82) | DEA (P. Hamilton) | 14:00 | Collings |
| Cory Smith (03-03-81) | DEA (P. Hamilton) | 14:00 | Collings |
| Darlene Court | (Seth Berman) | 15:00 | Cohen |
| Antonio Cardona (11-05-83) | DEA | 15:30 | Alexander |
| Carl Prescott (01-18-83) | DEA | 15:00 | Bowler (Lindsay) |
| Justin Teal (02-13-80) | DEA | 14:45 | Bowler (Stearns) |
| Carl Thompson (01-26-64) | DEA | 14:45 | Bowler (Stearns) |
| Ablolom Woldeslassie (08-02-82) | DEA | 14:45 | Bowler (Stearns) |
| James Bogarty | DEA | 14:30 | Bowler (Zobel) |
| → Carlos Barrientos | DEA | 15:30 | Alexander |
| Jerome Lassiter | DEA | 15:30 | Alexander |
| Spencer Gray | DEA | 15:00 | Bowler (Lindsay) |
| Darren Franklin | DEA | 13:30 | Cohen |
| Quillan Porter | USMS (AR) | No court | Parole Vio-No Ct |

"Operation Trifecta" DEA/Boston PD OP w/ (19) Targets throughout Greater Boston + South Shore. (17) Apprehended out of the (19). Operational staff included LEO's from DEA/BPD/USMS/ Suff County Sheriff/Plym. County Sheriff's/MSTA-PD/ATF. Myself + Joe Siccardo were on Team 3 assigned to target locate "77 Ellington St. Apt 2 Boston." Along w/ members of ATF, MSTA, DEA + BPD. Consent to enter Apt. was given by female Domestic partner who also indicated that subject was in a bedroom down the hall. Myself, Suff Cty Sheriff (Stan) + 2 members of BPD entered Apt/Bedroom. Subject was lying on bed. I placed the subj. in restraints (Zip-ties) while the Suff-Cty Sherriff (Stan) conducted security sweep of the bedroom. He discovered a 357 magnum w/ multiple rounds in the bed where the subj. had just been lying.

Subj. was detained @ the location while myself, Joe Succurdo + the Suffolk Cty Sherriff (SPAN) went forth to the BPD Gang unit to assist w/ prep. of search warrant of the premises + reports. The subj eventually consented to a search of the residence.

# EXHIBIT C

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
REPORT OF INVESTIGATION

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-04<br>Report 003 |

| TITLE OF INVESTIGATION: |
|---|
| BARRIENTOS, CARLOS |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| [redacted] | 3 |

TYPE OF REPORT: (Check Applicable Boxes)

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| Thomas F. Crowley | Special Agent, Boston II Field Office | 04/19/2004 |
| REVIEWED BY (Name) | REVIEWED BY (Title and Office) | REVIEWED BY (Date) |
| Thomas E. D'Ambrosio | Group Supervisor, Boston II Field Office | 4-20-2004 |
| APPROVED BY (Name) | APPROVED BY (Title and Office) | APPROVED BY (Date) |
| William J. Hoover | Special Agent in Charge, Boston Field Division | 4-20-2004 |

## DESCRIPTION OF ACTIVITY:

INTERVIEW OF DEPUTY SHERRIFF STAN WOJTKONSKI

## SYNOPSIS:

On April 15, 2004 at approximately 8:00 am SA Crowley and Boston Police Detective Waggett interviewed Suffolk county Deputy Sheriff Stan Wajtkonski at the Boston Police Youth Violence Strike Force 364 Warren Street, Roxbury MA.

## NARRATIVE:

1. Wajtkonski stated that he was part of a team of law enforcement personnel assigned to respond to 77 Ellington Street to execute an arrest warrant for CARLOS BARRIENTOS. Wajtkonski states that after arriving at this location and getting to the second floor apartment they knocked on the door, which was eventually answered by a black female identified as TINA BLOUNT.

2. Boston Police Officer Josh Cummings asked BLOUNT if BARRIENTOS was present to which she replied that he was in the back bedroom. WAJTKONSKI walked to the rear of the apartment where he observed BARRIENTOS sitting on the bed. As Officer Cummings was advising BARRIENTOS that he was under arrest, WAJTKONSKI told him not to move and raise his hands.

3. Officer Cummings then asked WAJTKONSKI and Deputy United States Marshal Kevin Neal to stay with BARRIENTOS after he was called out into the hallway by Officer Chris Bailey who had discovered a bag of

ATF EF 3120.2 (5-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 2 of 2

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 003 |
|---|---|
| TITLE OF INVESTIGATION:<br>BARRIENTOS, CARLOS | |
| CASE NUMBER: | REPORT NUMBER:<br>3 |

marijuana in the bathroom. DUSM Neal then asked BARRIENTOS if he had any needles or other weapons on him and ordered him to stand up. While Neal was dealing with BARRIENTOS, Wajtkonski began to conduct a protective sweep in the areas within BARRIENTOS immediate reach.

4. Wajtkonski began to move the blanket next to where BARRIENTOS was sitting, when he noticed that it was extremely heavy. As he continued to move the blanket, a small olive drab nylon bag fell out of the blanket on to the bed. Wajtkonski picked up the bag and felt a heavy object inside. Based upon his training and experience and fearing that there may be a weapon inside, Wajtkonski unzipped the bag where he observed the cylinder of a black revolver.

5. Upon discovering the firearm Wajtkonski summoned Officer Cummings back into the room. Officer Cummings then notified the command post of the discovery who dispatched a team of Detectives and Agents to the scene. At approximately 5:30 am SA Crowley along with Group Supervisor D'Ambrosio, DEA Agents and Boston Police Detectives arrived on the scene and assumed control of the premises to conduct further investigation.

ATF EF 3120.2 (5-98)