Clerk's Office
USDC. Mass.
Date 1-5-06
By mR
Deputy Clerk

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
v.                           )     CRIMINAL NO. 04-10113-DPW
                             )
CARLOS BARRIENTOS            )

## AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS

I, Carlos Barrientos, ("Barrientos"), depose and state the following:

1. I am the Defendant in the above-captioned matter.

2. On April 15, 2005, I was arrested in the early morning at 77 Ellington Street, Dorchester, MA. I was living at this location with my girlfriend and our 3 year old twins.

3. At the time of my arrest I was in bed. Tina was outside of the bedroom and my twins were sleeping in a separate room.

4. The police knocked on the door which was answered by Tina Blount. I was sitting up in bed when two police officers entered the bedroom, one pointing a gun at me. I was ordered to stand up with my hands behind my head. I was ordered to turn around. I did as I was asked. I was directly in front of the two officers and within one to two feet of them. The officer not pointing the gun then placed a strap, like handcuffs, around my

1

wrists behind my back. I was immediately led into the front room with my hands strapped together behind my back. This all took place within one or two minutes.

5.  I owned a firearm and ammunition which was in a closed bag located inside a drawer at the foot of my bed. This drawer is on the opposite side of where I stood up when ordered to do so.

6.  At the time the officers took me into custody I did not give them consent to search the residence. I was kept in the front room. Later, I was taken back to the bedroom and shown the weapon which was spread out on the bed with the ammunition and gun clip found in the bag. The officers continued to ask me to sign something allowing them to search the apartment. One agent after one to two hours had a phone next to me and attempted to record my telling him that I no longer cared what they did since they had searched the apartment anyway.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF January, 2006.

*Carlos Barrientos*
Carlos Barrientos

2