UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10113-DPW |
| | ) | |
| CARLOS BARRIENTOS | ) | |

## NOTICE OF APPEAL

    Now comes the Defendant, Carlos Barrientos, and hereby notifies the Court of his appeal of the Courts findings and rulings pertaining to this action including but not limited to issues arising from the Rule 11 hearing and sentence.  Defendant was sentenced on January 31, 2006.

Dated: February 1, 2006        Respectfully Submitted,
                                       Carlos Barrientos
                                       By his Attorney,

                                       /S/ *Frank Fernandez*
                                       Francisco Fernandez
                                       DENNER Associates P.C.
                                       Four Longfellow Place
                                       Boston MA 02114
                                       617-393-0250

## CERTIFICATE OF SERVICE

    I Frank Fernandez., Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 1, 2006

                                       /S/ *Frank Fernandez*
                                       Francisco J. Fernandez