## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10113

United States of America

v.

Carlos Barrientos

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/1/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 15, 2006.

Sarah A Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: ___3/16/66___

_____

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10113-DPW-ALL

Case title: USA v. Barrientos

Date Filed: 04/09/2004

Assigned to: Judge Douglas P. Woodlock

## Defendant

**Carlos Barrientos** (1)
*TERMINATED: 01/31/2006*

represented by **Francisco Javier Fernandez**
Frank Fernandez Esq.
4 Longfellow Place
Staniford St.
Suite 3501-06
Boston, MA 02114
617-393-0250
Fax: 617-973-1562
Email: frankfernandez@usa.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Lawrence P. Novak**
235 Candy Lane
Brockton, MA 02301
508-587-8400
Fax: 508-588-8042
Email: Larrynovak@comcast.net
*TERMINATED: 09/23/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael F. Natola**
63 Atlantic Avenue
Suite 2B
Boston, MA 02110
617-367-1199

Fax: 617-227-3384
Email: MFNatola@aol.com
*TERMINATED: 09/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841(a)(1)-DISTRIBUTION
OF COCAINE BASE; 21:U.S.C.
860(a)-PLAYGROUND ZONE
VIOLATION
(1-2)

21:841(a)(1) Distribution of
Cocaine Base; 21:860 Playground
Zone Violation
(1s-2s)

21:841(a)(1) Distribution of
Cocaine Base; 21:860(a)
Playground Zone Violation
(1ss-2ss)

18:922(g)(1) Felon in Possession
of a Firearm
(3s)

18:922(g)(1) Felon in Possession
of a Firearm
(3ss)

**Disposition**

Defendant sentenced to 180
months incarceration on counts
1ss, 2ss and 3ss, to be served
concurrently. 6 years Supervised
Release with standard and special
conditions. Special assessment of
$300.00

Defendant sentenced to 180
months incarceration on counts
1ss, 2ss and 3ss, to be served
concurrently. 6 years Supervised
Release with standard and special
conditions. Special assessment of
$300.00

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

**Disposition**

None

**Highest Offense Level**
**(Terminated)**

None

**Complaints**                              **Disposition**

None

---

**Plaintiff**

**USA**                          represented by   **David G. Tobin**
                                                  United States Attorneys Office
                                                  1 Courthouse Way
                                                  Suite 9200
                                                  Boston, MA 02210
                                                  617-748-3392
                                                  Fax: 617-748-3965
                                                  Email: David.Tobin@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Patrick M. Hamilton**
                                                  United States Attorney's Office
                                                  John Joseph Moakley Federal
                                                  Courthouse
                                                  1 Courthouse Way
                                                  Suite 9200
                                                  Boston, MA 02210
                                                  617-748-3251
                                                  Fax: 617-748-3965
                                                  Email:
                                                  patrick.hamilton@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Lisa M. Asiaf**
                                                  United States Attorney's Office
                                                  Organized Crime Drug Task
                                                  Force
                                                  John Joseph Moakley U.S.

Courthouse
Suite 9200
Boston, MA 02210
(617) 748-3268
Fax: (617) 748-3358
Email: lisa.asiaf@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2004 | 1 | SEALED INDICTMENT as to Carlos Barrientos (1) count(s) 1-2. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | 2 | MOTION to Seal Case as to Carlos Barrientos by USA. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | | Judge Marianne B. Bowler : Electronic ORDER entered granting [2] Motion to Seal Case as to Carlos Barrientos (1) (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | 3 | Arrest Warrant Issued as to Carlos Barrientos. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | 4 | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Pretrial as to Carlos Barrientos (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/15/2004 | 5 | MOTION to Unseal Case as to Carlos Barrientos by USA. (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 | | Judge Joyce London Alexander : Endorsement on motion ORDER entered granting [5] Motion to Unseal Case as to Carlos Barrientos (1) (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 | | Arrest of Carlos Barrientos (Brown, Rex) (Entered: 04/20/2004) |
| 04/15/2004 | 6 | CJA 23 Financial Affidavit by Carlos Barrientos (Brown, Rex) (Entered: 04/20/2004) |
| 04/15/2004 | 7 | Judge Joyce London Alexander : ORDER entered CJA 20 as to Carlos Barrientos : Appointment of Attorney Michael F. Natola for Carlos Barrientos. (Brown, Rex) (Entered: 04/20/2004) |
| 04/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | Joyce London Alexander :Initial Appearance as to Carlos Barrientos held on 4/15/2004. The defendant appeared without counsel. The Court informs the defendant of his rights and the charges. The defendant fills out a financial affidavit and requests counsel. The Court ORDERS attorney Michael Natola appointed. Arraignment set for 4/20/2004 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. Detention Hearing set for 4/20/2004 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 04/23/2004) |
| 04/15/2004 | 14 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Carlos Barrientos. (Rynne, Michelle) (Entered: 05/03/2004) |
| 04/16/2004 | 15 | Arrest Warrant Returned Executed on 4/15/04 as to Carlos Barrientos. (Rynne, Michelle) (Entered: 05/03/2004) |
| 04/20/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Arraignment as to Carlos Barrientos (1) Count 1-2 held on 4/20/2004. The Court informs the defendant of his rights and the charges and the government states the maximum penalty. The defendant pleads not guilty to all counts. Detention Hearing as to Carlos Barrientos held on 4/20/2004. The defendant consented to voluntary detention, without prejudice and waived his right to a detention hearing. The defendant files a waiver of hearing in open court. The Court ORDERS the defendant DETAINED pursuant to 18 U.S.C. 3142(e) and remands the defendant to the custody of the Marshal. Initial Status Conference set for 5/28/2004 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 04/23/2004) |
| 04/20/2004 | 8 | WAIVER of Preliminary Examination or Hearing by Carlos Barrientos (Brown, Rex) (Entered: 04/23/2004) |
| 04/22/2004 | 24 | Letter (non-motion) regarding request for detention hearing as to Carlos Barrientos (Brown, Rex) (Entered: 06/23/2004) |
| 04/27/2004 | 9 | Judge Joyce London Alexander : ORDER entered ORDER OF DETENTION as to Carlos Barrientos (Brown, Rex) (Entered: 04/27/2004) |
| 04/28/2004 | 10 | Letter (non-motion) regarding request for detention hearing as to Carlos Barrientos (Brown, Rex) (Entered: 04/30/2004) |

| 04/28/2004 | 12 | NOTICE re automatic disclosure as to Carlos Barrientos. (Rynne, Michelle) (Entered: 04/30/2004) |
| 04/28/2004 | 13 | Letter (non-motion) regarding request for detention hearing as to Carlos Barrientos. (Rynne, Michelle) (Entered: 04/30/2004) |
| 04/30/2004 | 11 | NOTICE OF HEARING as to Carlos Barrientos Detention Hearing set for 5/5/2004 03:15 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 04/30/2004) |
| 05/05/2004 | ☉ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Detention Hearing as to Carlos Barrientos held on 5/5/2004. The government states the basis for detention pursuant to 18 U.S.C. (f)(1)(C) and (f)(2)(A). The government and defense offer evidence. The Court recesses the case to resume with the defense presentation of evidence on 5/7/04. Detention Hearing set for 5/7/2004 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 05/07/2004) |
| 05/07/2004 | ☉ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Detention Hearing as to Carlos Barrientos held on 5/7/2004. The government and defense offer evidence. The government proffers evidence. The government and defense rest. The matter will be continued for oral argument. Notice by Court to issue. (Tape #Digital Recording.) (Brown, Rex) (Entered: 05/07/2004) |
| 05/07/2004 | ☉ | Judge Joyce London Alexander : ORDER entered ORAL ORDER as to Carlos Barrientos re Detention Hearing. The Court will hear oral arguments after the defendant is interviewed by Pretrial Services and third-party custodian interviews have been conducted by Pretrial Services. The Court will reconvene upon receipt of Pretrial Services Report. Notice to issue. (Brown, Rex) (Entered: 05/07/2004) |
| 05/07/2004 | 16 | EXHIBIT/WITNESS LIST as to Carlos Barrientos. (Brown, Rex) (Entered: 05/07/2004) |
| 05/11/2004 | 18 | MOTION for Protective Order as to Carlos Barrientos by USA. (Brown, Rex) (Entered: 05/19/2004) |
| 05/12/2004 | 17 | NOTICE OF HEARING as to Carlos Barrientos Detention Hearing set for 5/13/2004 03:45 PM in Courtroom 24 before |

| | | |
|---|---|---|
| | | Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 05/12/2004) |
| 05/26/2004 | 19 | ASSENTED-TO MOTION to Continue Detention Hearing to 5/13/04 to conclude Detention Hearing and hold Initial Status Conference, MOTION for Excludable Delay from 5/13/04 to 5/16/04 as to Carlos Barrientos by USA, Carlos Barrientos. (Brown, Rex) (Entered: 06/02/2004) |
| 05/26/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Detention Hearing as to Carlos Barrientos held on 5/26/2004. The government re-states the basis for detention. The government and defense rest. The government and defense offer oral argument. The Court directs pretrial to further investigate suitable drug traetment facilities for the defendant. The Court takes the matters under advisement. The Court ALLOWS the government's motion for protective order. The defendant files motion to continue in open Court. The Court ALLOWS the motion.Initial Status Conference as to Carlos Barrientos held on 5/26/2004 Final Status Conference set for 7/14/2004 11:45 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 06/02/2004) |
| 05/26/2004 | | Judge Joyce London Alexander : Electronic ORDER entered granting 18 Motion for Protective Order as to Carlos Barrientos (1) (Brown, Rex) (Entered: 06/02/2004) |
| 05/26/2004 | 20 | Judge Joyce London Alexander : ORDER entered ORDER as to Carlos Barrientos re 18 MOTION for Protective Order filed by USA. (Brown, Rex) (Entered: 06/02/2004) |
| 05/26/2004 | | Judge Joyce London Alexander : Electronic ORDER entered granting 19 Motion to Continue as to Carlos Barrientos (1); granting 19 Motion to Exclude as to Carlos Barrientos (1) (Brown, Rex) (Entered: 06/02/2004) |
| 06/02/2004 | 21 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Initial Status Conference as to Carlos Barrientos Dispositive Motions due by 7/2/2004. Final Status Report due by 7/12/2004. Final Status Conference set for 7/14/2004 11:45 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 06/02/2004) |
| 06/02/2004 | 22 | JOINT MOTION for Excludable Delay from 4/20/04 to 5/20/04, 5/20/04 to 5/26/04 and 5/26/04 to 7/14/04 as to Carlos |

| | | |
|---|---|---|
| | | Barrientos by USA, Carlos Barrientos. (Brown, Rex) (Entered: 06/02/2004) |
| 06/07/2004 | ❸ | Judge Joyce London Alexander : ElectronicORDER entered granting 22 Motion to Exclude as to Carlos Barrientos (1) (Brown, Rex) (Entered: 01/10/2005) |
| 06/10/2004 | ❸23 | SUPERSEDING INDICTMENT as to Carlos Barrientos (1) count(s) 1s-2s, 3s. (Gawlik, Cathy) (Entered: 06/14/2004) |
| 06/14/2004 | ❸ | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander and Joyce London Alexander Reason for referral: Pretrial Proceedings re: Superseding Indictment as to Carlos Barrientos (Gawlik, Cathy) (Entered: 06/14/2004) |
| 06/22/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander : Attorney Appointment Hearing as to Carlos Barrientos held on 6/22/2004. The Court advises the defendant of his rights and the charges. The defendant pleads not guilty to all counts. The Court provides the defendant with an automatic disclosure. Further Detention Hearing as to Carlos Barrientos held on 6/22/2004. After inquiry by the Court of the defendant, the Court will appoint new counsel, Frank Fernandez. The Court will ALLOW the motion by attorney Natola to withdraw. Defense Motion to the government's motion for detention due by 7/2/2004.(Tape #Digital Recording.) (Brown, Rex) (Entered: 08/16/2004) |
| 06/22/2004 | ❸27 | Judge Joyce London Alexander : ORDER entered CJA 20 as to Carlos Barrientos : Appointment of Attorney Francisco Javier Fernandez for Carlos Barrientos. (Brown, Rex) (Entered: 08/16/2004) |
| 07/02/2004 | ❸25 | MOTION to Continue hearing as to Carlos Barrientos . (Rynne, Michelle) (Entered: 07/06/2004) |
| 07/06/2004 | ❸26 | NOTICE OF ATTORNEY APPEARANCE: Lawrence P Novak appearing for Carlos Barrientos. (Rynne, Michelle) (Entered: 07/06/2004) |
| 07/13/2004 | ❸ | Judge Joyce London Alexander : Electronic ORDER entered granting 25 Motion to Continue as to Carlos Barrientos (1). The matter is continued to July 20, 2004, at 2:30 PM. (Brown, Rex) (Entered: 07/14/2004) |
| 07/20/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | Joyce London Alexander :Final Status Conference as to Carlos Barrientos held on 7/20/2004. At the request of the defendant and with the assent of the government, the Court continues the matter for new retained counsel Lawrence Novak. Final Status Conference set for 8/19/2004 02:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 08/16/2004) |
| 07/20/2004 | ⬤31 | MOTION to Continue as to Carlos Barrientos . (Brown, Rex) (Entered: 08/27/2004) |
| 07/20/2004 | ⬤ | Judge Joyce London Alexander : Electronic ORDER entered finding as moot 31 Motion to Continue as to Carlos Barrientos (1). Hearing held as scheduled on 7/20/04. (Brown, Rex) (Entered: 08/27/2004) |
| 08/16/2004 | ⬤28 | STATUS REPORT by USA as to Carlos Barrientos (Brown, Rex) (Entered: 08/24/2004) |
| 08/19/2004 | ⬤ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Carlos Barrientos held on 8/19/2004. Order to issue. Further Final Status Conference set for 9/14/2004 02:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 08/23/2004) |
| 08/19/2004 | ⬤ | Judge Joyce London Alexander : ORDER entered ORAL ORDER as to Carlos Barrientos re Status Conference. After Hearing and upon oral motion of the parties the Court continues the matter for further Final Status Conference to September 14, 2004 at 2:30 PM. (Brown, Rex) (Entered: 08/24/2004) |
| 08/24/2004 | ⬤29 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Final Status Conference as to Carlos Barrientos Further Final Status Report due by 9/8/2004. Further Final Status Conference set for 9/14/2004 02:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 08/24/2004) |
| 08/26/2004 | ⬤30 | NOTICE OF HEARING as to Carlos Barrientos: An Initial Pretrial Conference is set for 9/9/2004 at 9:30 AM before Judge Douglas P. Woodlock in Courtroom 1, 3rd floor. (Greenberg, Rebecca) Additional attachment(s) added on 8/31/2004 (Greenberg, Rebecca). (Entered: 08/26/2004) |
| | ⬤ | |

| 08/26/2004 | | Electronic NOTICE OF RESCHEDULING as to Carlos Barrientos: In view of the further final pretrial conference set before Magistrate Judge Alexander on 9/14/04, the Initial Pretrial Conference previously set before Judge Woodlock is RE-SET to SEPTEMBER 20, 2004 AT 11:00 A.M. in Courtroom 1 before Judge Douglas P. Woodlock. The Status Report shall be filed by SEPTEMBER 17, 2004.(Greenberg, Rebecca) (Entered: 08/26/2004) |
| 08/26/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Bond Hearing as to Carlos Barrientos held on 8/26/2004. After hearing, and upon request of the defendant, the Court ORDERS the defendant released to in-patient drug treatment at the direction of Pre-Trial Services as soon as a bed becomes available. Upon completion of the program, the defendant is to be returned to the District Court for further hearing on bail. Order to issue. (Tape #Digital Recording.) (Brown, Rex) (Entered: 08/29/2004) |
| 08/26/2004 | ❸ | Judge Joyce London Alexander : ORDER entered ORAL ORDER as to Carlos Barrientos After hearing on this day, and upon request of the defendant, the Court ORDERS the defendant released to in-patient drug treatment at the direction of Pre-Trial Services as soon as a bed becomes available. Upon completion of the program, the defendant is to be returned to the District Court for further hearing on bail. (Brown, Rex) (Entered: 08/29/2004) |
| 09/17/2004 | ❸32 | STATUS REPORT by USA as to Carlos Barrientos (Tobin, David) (Entered: 09/17/2004) |
| 09/20/2004 | ❸ | Attorney update in case as to Carlos Barrientos. Attorney David G. Tobin for USA added. Attorney Michael F. Natola; Francisco Javier Fernandez and Patrick M. Hamilton terminated. (Greenberg, Rebecca) (Entered: 09/20/2004) |
| 09/20/2004 | ❸ | Attorney update in case as to Carlos Barrientos. Attorney Patrick M. Hamilton for USA added. [Remark: AUSA Hamilton reinstated as counsel on docket--was terminated from docket in error]. (Greenberg, Rebecca) (Entered: 09/20/2004) |
| 09/20/2004 | ❸ | Attorney update in case as to Carlos Barrientos. Attorney Patrick M. Hamilton for USA added. (Greenberg, Rebecca) (Entered: 09/20/2004) |

| 09/20/2004 | ❹ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Carlos Barrientos held on 9/20/2004. Retained counsel Larry Novack appears; AUSA Dave Tobin appears for Govt. Defense counsel seeks an extension of time to file motion to dismiss/suppress. The motion deadline is extended to 10/20/04; Govt to respond 2 weeks thereafter. No further proceedings are needed before Magistrate Judge Alexander at this time. A further hearing date will be set at a later date. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 09/20/2004) |
|---|---|---|
| 09/20/2004 | ❹33 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Tobin, David) (Entered: 09/20/2004) |
| 09/24/2004 | ❹34 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Further Final Status Conference as to Carlos Barrientos (Brown, Rex) (Entered: 09/26/2004) |
| 10/28/2004 | ❹35 | SUPERSEDING INDICTMENT as to Carlos Barrientos (1) count(s) 1ss-2ss, 3ss. (Gawlik, Cathy) Additional attachment (s) added on 1/10/2005 (Gawlik, Cathy). Additional attachment(s) added on 1/10/2005 (Gawlik, Cathy). (Entered: 10/29/2004) |
| 10/29/2004 | ❹36 | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: pretrial proceedings re: Superseding Indictment as to Carlos Barrientos (Gawlik, Cathy) (Entered: 10/29/2004) |
| 01/06/2005 | ❹37 | NOTICE OF HEARING as to Carlos Barrientos Arraignment set for 1/10/2005 03:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 01/06/2005) |
| 01/07/2005 | ·❹38 | MOTION to Continue to 2/7/05 to hold arraignment on second superseding inctment, MOTION for Excludable Delay from 10/29/04 to 1/10/05; 1/10/05 to 2/7/05 as to Carlos Barrientos. (Brown, Rex) (Entered: 01/07/2005) |
| 01/10/2005 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Joyce London Alexander :Arraignment as to Carlos Barrientos (1) Count 1-2,1s-2s,1ss-2ss,3s,3ss held on 1/10/2005. The Court advises the defendant of the charges and the government states the maximum penalty. The defendant pleads not guilty to the charges. The defendant resquests permission to |

| | | |
|---|---|---|
| | | withdraw the MOTION 38 to exclude time and the government will file a joint motion for excludable delay on pretrial time periods 7/14/04 through 1/10/05. The Court ALLOWS the motion. Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge. (Tape #Digital Recording.) (Brown, Rex) (Entered: 01/10/2005) |
| 01/10/2005 | ❸ | Judge Joyce London Alexander : ElectronicORDER entered finding as moot 38 Motion to Continue as to Carlos Barrientos (1); finding as moot 38 Motion to Exclude as to Carlos Barrientos (1) (Brown, Rex) (Entered: 01/19/2005) |
| 01/10/2005 | ❸ | Case as to Carlos Barrientos no longer referred to Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 01/19/2005) |
| 01/11/2005 | ❸ | Electronic NOTICE OF HEARING as to Carlos Barrientos: Status Conference/Pretrial Conference set for 1/18/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. By 1/14/05, parties shall ELECTRONICALLY file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested), 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.(Rynne, Michelle) (Entered: 01/11/2005) |
| 01/11/2005 | ❸ 39 | Assented to MOTION to Exclude *Time* as to Carlos Barrientosby USA. (Tobin, David) (Entered: 01/11/2005) |
| 01/14/2005 | ❸ | Judge Joyce London Alexander : ElectronicORDER entered granting 39 Motion to Exclude as to Carlos Barrientos (1) (Brown, Rex) (Entered: 01/19/2005) |
| 01/14/2005 | ❸ 40 | Judge Joyce London Alexander : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Carlos Barrientos Time excluded from 7/14/04 until 1/10/05. (Brown, Rex) Modified on 1/19/2005 (Brown, Rex). (Entered: 01/19/2005) |
| 01/18/2005 | ❸ | NOTICE OF RESCHEDULING as to Carlos Barrientos Pretrial Conference set for 2/1/2005 10:00 AM in Courtroom 1 |

| | | |
|---|---|---|
| | | before Judge Douglas P. Woodlock. Status report due 1/28/05. Time from 1/18/05 to 2/1/05 is excluded in the interest of justice. (Rynne, Michelle) (Entered: 01/18/2005) |
| 01/19/2005 | ❸ | Notice of correction to docket made by Court staff. Correction: Docket Entry #40 corrected because: Text corrected to read "order" instead of "electronic order" as to Carlos Barrientos (Brown, Rex) (Entered: 01/19/2005) |
| 01/27/2005 | ❸ | NOTICE OF RESCHEDULING as to Carlos Barrientos. Pretrial Conference reset for 2/1/2005 11:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. TIME CHANGE ONLY.(Rynne, Michelle) (Entered: 01/27/2005) |
| 02/04/2005 | ❸42 | MOTION to Continue to March 22, 2005 as to Carlos Barrientos. (Nici, Richard) (Entered: 02/10/2005) |
| 02/07/2005 | ❸41 | MOTION to Continue as to Carlos Barrientos. (Simeone, Maria) (Entered: 02/07/2005) |
| 02/14/2005 | ❸ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 41 Motion to Continue as to Carlos Barrientos (1); granting 42 Motion to Continue as to Carlos Barrientos (1); Pretrial conference rescheduled to 3/22/05 at 3:00 pm. (Rynne, Michelle) (Entered: 02/14/2005) |
| 02/14/2005 | ❸ | NOTICE OF RESCHEDULING as to Carlos Barrientos Pretrial Conference set for 3/22/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 3/15/05.(Rynne, Michelle) (Entered: 02/14/2005) |
| 02/24/2005 | ❸ | NOTICE OF RESCHEDULING as to Carlos Barrientos Pretrial Conference reset for 3/25/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 3/18/05.(Rynne, Michelle) (Entered: 02/24/2005) |
| 03/24/2005 | ❸ | NOTICE OF RESCHEDULING as to Carlos Barrientos: Pretrial Conference set for 3/25/2005 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. TIME CHANGE ONLY. (Rynne, Michelle) (Entered: 03/24/2005) |
| 03/25/2005 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Carlos Barrientos held on 3/25/2005; Jury Trial set for 5/31/05. Trial expected to last 4 days. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 03/28/2005) |
| | | |

| 03/25/2005 | 44 | Status Memorandum regarding Trial Status & Schedule as to Carlos Barrientos (Nici, Richard) (Entered: 03/29/2005) |
|------------|------|---|
| 03/28/2005 | 43 | Judge Douglas P. Woodlock : ORDER entered. PRETRIAL ORDER as to Carlos Barrientos: Time excluded from 3/25/05 until 5/31/05. Jury Trial set for 5/31/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 5/31/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/28/2005) |
| 03/28/2005 | 🌑 | Judge Douglas P. Woodlock : Electronic ORDER entered as to Carlos Barrientos. ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately (Rynne, Michelle) (Entered: 03/28/2005) |
| 03/31/2005 | 🌑 | ELECTRONIC NOTICE OF HEARING as to Carlos Barrientos Bond Hearing set for 4/5/2005 10:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 03/31/2005) |
| 04/05/2005 | 45 | Appearance Bond Entered as to Carlos Barrientos (Personal Recognizance) (Smith3, Dianne) (Entered: 04/08/2005) |
| 04/05/2005 | 46 | Judge Joyce London Alexander : ORDER entered. ORDER Setting Conditions of Release as to Carlos Barrientos (1) Personal Recognizance (Smith3, Dianne) (Entered: 04/08/2005) |
| 05/04/2005 | 47 | Assented to MOTION to Continue *Trial* as to Carlos Barrientosby USA. (Tobin, David) (Entered: 05/04/2005) |

| 05/05/2005 | ❑ | Judge Douglas P. Woodlock : Electronic ORDER entered denying 47 Motion to Continue as to Carlos Barrientos (1). Jury trial is scheduled for 5/31/05 at 9:00 am as previously set. (Rynne, Michelle) (Entered: 05/05/2005) |
| 05/16/2005 | ❑ | NOTICE OF RESCHEDULING HEARING as to Carlos Barrientos: Jury Trial reset for 6/6/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/16/2005) |
| 05/24/2005 | ❑48 | NOTICE OF ATTORNEY APPEARANCE Lisa M. Asiaf appearing for USA. (Asiaf, Lisa) (Entered: 05/24/2005) |
| 05/25/2005 | ❑ | NOTICE OF HEARING as to Carlos Barrientos: Pretrial Conference set for 5/25/2005 04:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/25/2005) |
| 05/25/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Carlos Barrientos held on 5/25/2005: Change of Plea Hearing set for 5/27/2005 04:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 05/25/2005) |
| 05/26/2005 | ❑ | NOTICE OF HEARING as to Carlos Barrientos: Change of Plea Hearing set for 5/27/2005 04:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/26/2005) |
| 05/27/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Carlos Barrientos held on 5/27/2005, defendant sworn; court conducts colloquy; Plea entered by Carlos Barrientos (1) Guilty Count 1ss-2ss,3ss. Sentencing set for 9/9/05 at 3:30 pm. Defendant remanded to the custody of the US Marshal. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 05/27/2005) |
| 05/27/2005 | ❑49 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Carlos Barrientos Sentencing set for 9/9/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/27/2005) |
| 06/03/2005 | ❑ | Terminate Deadlines and Hearings as to Carlos Barrientos: Jury trial deadline terminated. (Rynne, Michelle) (Entered: |

| | | 06/03/2005) |
|---|---|---|
| 06/03/2005 | ⬭50 | Memorandum requesting an Order as to Roxbury Juvenile Court to provide copies of all documents in its possession regarding Carlos Barrientos. (Nici, Richard) (Entered: 06/08/2005) |
| 06/07/2005 | ⬭51 | Judge Douglas P. Woodlock : ORDER entered. Roxbury Juvenile Court to provide copies of all documents in its possession regarding Carlos Barrientos.[50] Memorandum (not related to a motion) (Nici, Richard) (Entered: 06/08/2005) |
| 08/18/2005 | ⬭52 | First MOTION for Extension of Time to August 25, 2005 to File Answer to Presentence Report and Objections as to Carlos Barrientos. (Novak, Lawrence) Additional attachment(s) added on 8/25/2005 (Nici, Richard). (Entered: 08/18/2005) |
| 08/26/2005 | ⬭ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 52 Motion for Extension of Time to 8/25/05 to respond to the presentence as to Carlos Barrientos (1). Sentencing Hearing is continued to 9/26/05 at 2:30 p.m. (Rynne, Michelle) (Entered: 08/26/2005) |
| 08/26/2005 | ⬭ | NOTICE OF HEARING as to Carlos Barrientos: Sentencing reset for 9/26/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 08/26/2005) |
| 09/20/2005 | ⬭53 | MOTION to Continue *Sentencing* as to Carlos Barrientos. (Novak, Lawrence) (Entered: 09/20/2005) |
| 09/20/2005 | ⬭54 | Memorandum regarding Sentencing as to Carlos Barrientos (Novak, Lawrence) (Entered: 09/20/2005) |
| 09/21/2005 | ⬭ | Judge Douglas P. Woodlock : ElectronicORDER entered denying 53 Motion to Continue as to Carlos Barrientos (1). (Rynne, Michelle) (Entered: 09/21/2005) |
| 09/23/2005 | ⬭55 | ATTORNEY ASSIGNMENT Request as to Carlos Barrientos forwarded to Magistrate Judge Alexander's Chambers. (Rynne, Michelle) Modified on 10/3/2005 (Costello, Helen). (Entered: 09/26/2005) |
| 09/23/2005 | ⬭59 | Judge Joyce London Alexander : ORDER entered. CJA 20 as to Carlos Barrientos: Appointment of Attorney Francisco Javier Fernandez for Carlos Barrientos. (Costello, Helen) (Entered: 10/03/2005) |

| 09/23/2005 | ❍ | Attorney update in case as to Carlos Barrientos. Attorney Lawrence P. Novak terminated. (Costello, Helen) (Entered: 10/03/2005) |
|---|---|---|
| 09/26/2005 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion to Withdraw as counsel filed by Attorney Novak - ALLOWED; Court finds defendant is eligible for CJA appointed counsel based on PSR. Defendant shall file a separate financial affidavit. Defendant shall be referred to Magistrate Judge Alexander for appointment of counsel. Sentencing reset for 11/29/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Sentencing may take place earlier is the parties request, but not later. Time through 11/29/05 excluded in the interest of justice.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 09/26/2005) |
| 09/26/2005 | 60 | MOTION to Withdraw as Attorney by Lawerence Novak. as to Carlos Barrientos. (Nici, Richard) (Entered: 10/17/2005) |
| 10/01/2005 | 57 | NOTICE OF ATTORNEY APPEARANCE: Francisco Javier Fernandez appearing for Carlos Barrientos (Fernandez, Francisco) (Entered: 10/01/2005) |
| 10/01/2005 | 58 | NOTICE OF ATTORNEY APPEARANCE: Francisco Javier Fernandez appearing for Carlos Barrientos *Corrected Appearance* (Fernandez, Francisco) (Entered: 10/01/2005) |
| 11/08/2005 | ❍ | Judge Douglas P. Woodlock : ElectronicORDER entered granting 60Lawrence Novak's Motion to Withdraw as Attorney as to Carlos Barrientos (1) (Rynne, Michelle) (Entered: 11/08/2005) |
| 11/17/2005 | 61 | MOTION to Continue *Sentencing* as to Carlos Barrientos. (Fernandez, Francisco) (Entered: 11/17/2005) |
| 11/21/2005 | ❍ | Judge Douglas P. Woodlock : Electronic ORDER entered denying 61 Motion to Continue as to Carlos Barrientos (1) (Rynne, Michelle) (Entered: 11/21/2005) |
| 11/22/2005 | ❍ | NOTICE OF RESCHEDULING as to Carlos Barrientos: Sentencing reset for 12/6/2005 12:00 PM in Courtroom 22 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 11/22/2005) |
| 11/29/2005 | 62 | SENTENCING MEMORANDUM by Carlos Barrientos (Fernandez, Francisco) Modified on 11/30/2005 (Nici, |

| | | Richard). Received original with exhibits which will not be scanned. (Entered: 11/29/2005) |
|---|---|---|
| 11/29/2005 | ❹63 | MOTION to Withdraw Plea of Guilty as to Carlos Barrientos. FILED UNDER SEAL(Nici, Richard) (Entered: 11/30/2005) |
| 11/29/2005 | ❹64 | MOTION to Seal Motion to withdraw to Carlos Barrientos. FILED UNDER SEAL(Nici, Richard) Modified on 12/6/2005 (Nici, Richard). (Entered: 11/30/2005) |
| 11/30/2005 | ❹65 | Letter (non-motion) regarding Carlos Barrientos as to Carlos Barrientos (Nici, Richard) (Entered: 11/30/2005) |
| 12/06/2005 | ❹66 | TRANSCRIPT of Rule 11 Hearing as to Carlos Barrientos held on May 27, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/06/2005) |
| 12/06/2005 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Status Conference as to Carlos Barrientos held on 12/6/2005. Defendant shall file affidavit re: motion to withdraw plea. Government shall respond by 12/14/05. Hearing re: motion to withdraw plea and/or Sentencing set for 12/20/2005 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/06/2005) |
| 12/08/2005 | ❹67 | MOTION to file motion Under Seal with affidavit in supportas to Carlos Barrientos. (Nici, Richard) (Entered: 12/13/2005) |
| 12/14/2005 | ❹68 | RESPONSE to Motion by USA as to Carlos Barrientos re [63] MOTION to Withdraw Plea of Guilty *as to count III of indictment* (Tobin, David) (Entered: 12/14/2005) |
| 12/20/2005 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Status Conference as to Carlos Barrientos held on 12/20/2005, [63] motion to withdraw plea as to count 3 - allowed. Sentencing on counts 1 and 2 continued until court 3 is resolved. Motion to suppress due 12/29/05. Government's response due 1/4/06. Motion hearing set for 1/5/06 at 9:00 am. If necessary, Jury Trial set for 2/21/06 a 9:00 am.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/20/2005) |
| 12/20/2005 | ❹ | Set/Reset Hearings as to Carlos Barrientos: Evidentiary |

| | | Hearing set for 1/5/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Jury Trial set for 2/21/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 12/20/2005) |
|---|---|---|
| 12/29/2005 | ●69 | MOTION to Suppress *Evidence and Memorandum in support* as to Carlos Barrientos. (Attachments: # 1 Affidavit Defendant's Affidavit in support# 2 Exhibit Police Report) (Fernandez, Francisco) (Entered: 12/29/2005) |
| 01/04/2006 | ●70 | MEMORANDUM in Opposition by USA as to Carlos Barrientos re 69 MOTION to Suppress *Evidence and Memorandum in support* (Attachments: # 1 Exhibit A-C) (Asiaf, Lisa) (Entered: 01/04/2006) |
| 01/05/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Motion Hearing as to Carlos Barrientos held on 1/5/2006 re 69 MOTION to Suppress *Evidence and Memorandum in support* filed by Carlos Barrientos, Government calls Stanley Wojtkonski, Kevin Neal. Government rests. Defendant calls Josua Cummings, Carlos Barrientos, Tina Blount. Defendant rests. Court hears argument. Court rules from the bench. Motion to suppress DENIED for reasons stated on the record and reflected in the stenographer's notes. Exhibits returned to government. Jury trial has previously been scheduled for 2/21/06. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/05/2006) |
| 01/05/2006 | ●71 | AFFIDAVIT of Carlos Barrientos by Carlos Barrientos 69 MOTION to Suppress *Evidence and Memorandum in support* filed by Carlos Barrientos, (Nici, Richard) (Entered: 01/10/2006) |
| 01/24/2006 | ● | NOTICE OF HEARING as to Carlos Barrientos: Plea and Sentence set for 1/31/2006 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/24/2006) |
| 01/31/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Plea and Sentence Hearing held on 1/31/2006 Carlos Barrientos (1) Plea of guilty on 3ss: Defendant sworn; court conducts colloquy; Defendant guilty as to counts 3ss. Sentencing held on Count 1ss-2ss,3ss. Defendant sentenced: Carlos Barrientos (1), Count(s) 1ss-2ss, |

| | | |
|---|---|---|
| | | 3ss, Defendant sentenced to 180 months incarceration on counts 1ss, 2ss and 3ss, to be served concurrently. 6 years Supervised Release with standard and special conditions. Special assessment of $300.00. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/31/2006) |
| 01/31/2006 | 72 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Carlos Barrientos (1), Count(s) 1ss-2ss, 3ss, Defendant sentenced to 180 months incarceration on counts 1ss, 2ss and 3ss, to be served concurrently. 6 years Supervised Release with standard and special conditions. Special assessment of $300.00 (Nici, Richard) (Entered: 01/31/2006) |
| 02/01/2006 | 73 | NOTICE OF APPEAL by Carlos Barrientos NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/21/2006. (Fernandez, Francisco) (Entered: 02/01/2006) |