

U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

April 27, 2006

*P.O. Box 300*
*Ray Brook, New York 12977-0300*

Honorable Douglas P. Woodlock
United States District Judge
Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE:   BARRIENTOS, Carlos
      Reg. No. 25194-038
      Case No.: 1:04CR10113-001-DPW

Dear Judge Woodlock:

I am in receipt of your "Judgement in a Criminal Case" in the case of Carlos Barrientos, an inmate confined at the Federal Correctional Institution, Ray Brook, New York. In this order, you recommend Mr. Barrientos be designated to a facility close to his family and participate in the 500 hour Drug Program.

Mr. Barrientos was sentenced in your court on January 31, 2006, to a 180 month term for Distribution of Cocaine Base, Playground Zone Violation and Felon in Possession of a Firearm. Mr. Barrientos arrived at this facility on April 13, 2006.

The Federal Correctional Institution, Ray Brook, New York, is located in Northern New York and meets the current security needs of Mr. Barrientos. This facility offers a Basic Drug Abuse Education Program, which is a ten week psycho-educational class designed to provide information to inmates about the consequences of substance abuse, and to motivate inmates with substance abuse problems to participate in further treatment while incarcerated, or upon their return to the community. Based on your recommendation, Mr. Barrientos will be required to participate in the Basic Drug Abuse Education Program. Upon completion, he will be considered for referral to one of the Bureau of Prisons' 500 hour Residential Drug Treatment Programs.

We appreciate your interest and recommendations concerning Mr. Barrientos, and trust this information will be helpful to you. If you have any further questions or recommendations, please do not hesitate to contact me.

Sincerely,

T. R. Craig
Warden