

# United States Court of Appeals
## For the First Circuit

No. 06-1474

UNITED STATES,

Appellee,

v.

CARLOS BARRIENTOS,

Defendant, Appellant.

Before

Torruella, *Circuit Judge*,
Selya, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

JUDGMENT

Entered: February 2, 2007

In this sentencing appeal, appellant challenges the district court's reliance on the Armed Career Criminal Act, which raises the minimum sentence for his felon in possession of a firearm conviction from 10 years to 15 years. While conceding that this court has repeatedly held to the contrary, he argues that the court erred in designating him an armed career criminal on the basis of three prior convictions that were neither alleged in the indictment nor proven to a jury. The district court's sentencing procedure was not erroneous under Almendarez-Torres v. United States, 532 U.S. 224 (1998), which is binding on this court unless and until it is overruled by the Supreme Court. See United States v. Ivery, 427 F.3d 69, 75 (1st Cir. 2005).

The government's motion for summary disposition is granted. The sentence is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

Richard Cushing Donovan, Clerk.

By: ___MARGARET CARTER___
    Chief Deputy Clerk.

[cc: Edward Juel, Esq., David G. Tobin, AUSA, Lisa M. Asiaf, AUSA, Dina M. Chaitowtiz, AUSA, Patrick M. Hamilton, AUSA, Jennifer H. Zacks, AUSA]